JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLY ANN HINDSMAN, | ) | Case No.  2:22-CV-00772-EFB |
| | ) | |
| Plaintiff | ) | **STIPULATION AND ~~PROPOSED~~** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 Days to November 10, 2022, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to Plaintiff's counsel's heavy schedule.

**Hindsman v. Kijakazi**              **Stipulation and ~~Proposed~~ Order**              **E.D. Cal. 2:22-cv-00772-EFB**

1    The parties further stipulate that the Court's Scheduling Order be modified accordingly.

2

3

4

5
                                    Respectfully submitted,
6

7

8    Date: September 26, 2022         JACQUELINE A. FORSLUND
                                     Attorney at Law
9

10
                                     */s/Jacqueline A. Forslund*
11                                    JACQUELINE A. FORSLUND

12                                    Attorney for Plaintiff

13

14

15   Date:  September 26, 2022        PHILLIP A. TALBERT
                                     United States Attorney
16                                    PETER THOMPSON
                                     Acting Regional Chief Counsel, Region IX
17                                    Social Security Administration

18                                    */s/Caspar Chan*
19                                    CASPAR CHAN
                                     Special Assistant United States Attorney
20                                    *By email authorization

21                                    Attorney for Defendant

22

23                                    ORDER

24   APPROVED AND SO ORDERED

25

26   DATED:  September 28, 2022

27                                    EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
28

**Hindsman v. Kijakazi**          **Stipulation and ~~Proposed~~ Order**          **E.D. Cal. 2:22-cv-00772-EFB**