JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ANN HINDSMAN,<br><br>    Plaintiff<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.  2:22-CV-00772-EFB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to December 12, 2022, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested as Plaintiff's counsel has had multiple medical appointments over the last couple of weeks in addition to her busy work schedule and has not yet had adequate opportunity to review this case.

**Hindsman v. Kijakazi**             Stipulation and ~~Proposed~~ Order        E.D. Cal. 2:22-cv-00772-EFB

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: November 9, 2022          JACQUELINE A. FORSLUND
                                Attorney at Law


                                /s/Jacqueline A. Forslund
                                JACQUELINE A. FORSLUND

                                Attorney for Plaintiff


Date:  November 9, 2022         PHILLIP A. TALBERT
                                United States Attorney
                                PETER THOMPSON
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/Oscar Gonzalez for Caspar Chan
                                OSCAR GONZALEZ FOR CASPAR CHAN
                                Special Assistant United States Attorney
                                *By email authorization

                                Attorney for Defendant


                                ORDER

APPROVED AND SO ORDERED


DATED:  November 10, 2022.      _____
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE