JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| KIMBERLY ANN HINDSMAN, | ) | Case No. 2:22-CV-00772-EFB |
|---|---|---|
| Plaintiff | ) ) | **STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | ) ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant | ) ) ) | |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 7 Days to December 19, 2022, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's third request for an extension.  It is requested as Plaintiff's counsel has had unforeseen difficulties parsing the extensive medical evidence in this case.

**Hindsman v. Kijakazi**　　　　Stipulation and ~~Proposed~~ Order　　　　E.D. Cal. 2:22-cv-00772-EFB

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                                                  Respectfully submitted,

Date: December 12, 2022            JACQUELINE A. FORSLUND
                                                     Attorney at Law

                                                     */s/Jacqueline A. Forslund*
                                                     JACQUELINE A. FORSLUND

                                                     Attorney for Plaintiff

Date:  December 12, 2022           PHILLIP A. TALBERT
                                                     United States Attorney
                                                     PETER THOMPSON
                                                     Acting Regional Chief Counsel, Region IX
                                                   Social Security Administration

                                                   */s/Caspar Chan*
                                                   CASPAR CHAN
                                                   Special Assistant United States Attorney
                                                   *By email authorization

                                                   Attorney for Defendant

ORDER

APPROVED AND SO ORDERED NUNC PRO TUNC.

DATED: December 20, 2022.

                                                   EDMUND F. BRENNAN
                                                   UNITED STATES MAGISTRATE JUDGE